ERNEST E. BALL *vs.* THE AMERICAN OYSTER COMPANY.

*Third Judicial District.*

[Argued June 12th—decided July 9th, 1894.]

ACTION for damages for unlawfully entering and dredging upon certain oyster ground alleged to be in the possession of the plaintiff, and carrying away oysters; brought to the Superior Court in New Haven County and tried to the jury before *George W. Wheeler, J.;* verdict and judgment for the plaintiff for $200 damages, and appeal by the defendant upon the ground that the verdict was against the evidence.

*Rufus S. Pickett*, for the appellant (defendant).

*William H. Ely*, for the appellee (plaintiff).

By The Court : New trial denied.   All concur.   No opinion filed.